STATE OF CONNECTICUT *v.* AFSCME, COUNCIL 4, LOCAL 2663, AFL-CIO

The plaintiff's petition for certification for appeal from the Appellate Court, 59 Conn. App. 793 (AC 19209), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*J. William Gagne, Jr.,* in support of the petition.

*Beth Z. Margulies,* assistant attorney general, in opposition.

Decided November 16, 2000

STATE OF CONNECTICUT *v.* SAMUEL SAEZ

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 264 (AC 18069), is denied.

*Jon L. Schoenhorn,* in support of the petition.

*Toni M. Smith-Rosario,* assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 487 (AC 18089), is granted, limited to the following issue: